HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SHERRIE MAE SCARLETT**, | Case No. 6:18-cv-02026-HZ |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | |
| Defendant. | |

Pursuant to the Court's Order (#14), issued October 7, 2019, Judgment is hereby entered for Plaintiff and the matter is Reversed and Remanded to the Commissioner for further administrative proceedings.

DATED this 19 day of Dec, 2019

_____
United States District Court Judge